OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
.0004279596
$ 00.26⁵
DEC 04 2014
MAILED FROM ZIP CODE 78711

**12/1/2014**
**WILLIAMS, JEREMEY ALGANON** Tr. Ct. No. 1412712-A          **WR-82,307-02**
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk



JEREMEY ALGANON WILLIAMS
HOLLIDAY UNIT - TDC # 1920504

NIXIE      773  DC 1            0012/14/14
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 78711230808     *0393-03720-14-18